# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

VICTORIA L. PETERSON                                                                       PLAINTIFF
ADC #707743

v.                              No. 1:13CV00096 JLH-JJV

SGT. M. RICHARDSON, *et al*.                                                           DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Joe J. Volpe. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Victoria L. Peterson's claims that defendant Richardson violated ADC policy, as well as her due process rights, are DISMISSED, with prejudice. In addition, her request that the Court reverse and expunge her disciplinary conviction is DENIED, without prejudice.

IT IS SO ORDERED this 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE