IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| VICTORIA L. PETERSON,<br>ADC # 707743 | *<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | No. 1:13CV00096-JJV |
| | * | |
| M. RICHARDSON; *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE